**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Bryan David Scofield
Scofield & Rivera
P. O. Box 4422
Lafayette LA 70502

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00350-CA**

**DENNIS GARCIA ET UX**
**VERSUS**
**ANTHONY D. STALSBY, ET AL.**

**Appealed from Calcasieu Parish Case No. 20082953**

**BEFORE JUDGES:**

      **Hon. Sylvia R. Cooks**
      **Hon. John D. Saunders**
      **Hon. Oswald A. Decuir**
      **Hon. Jimmie C. Peters**
      **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anthony D. Stalsby, et al** has this day been

      **DENIED.**
      Decuir, J., would grant rehearing.
      Peters, J., would grant rehearing.

cc: Arthur J. O'Keefe, Counsel for the Appellee
    Mark Anthony Delphin, Counsel for the Appellee